UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal Case No. 1:23-cr-73-SE-AJ-01 |
| v. | ) ) | |
| BRIAN LANDRY | ) ) ) | |

## **INDICTMENT**

The Grand Jury charges:

COUNT ONE
Threat Against a Federal Official
18 U.S.C. § 115(a)(1)(B)

On or about May 17, 2023, in the District of New Hampshire and elsewhere, the

defendant

BRIAN LANDRY

did threaten to assault, kidnap and murder U.S. Senator 1, a member of the United States

Congress, with intent to impede, intimidate and interfere with U.S. Senator 1 while he/she was

engaged in the performance of his/her official duties and with intent to retaliate against U.S.

Senator 1 on account of the performance of official duties, in violation of Title 18, United States

Code, Section 115.

COUNT TWO
Interstate Threatening Communications
18 U.S.C. § 875(c)

On or about May 17, 2023, in the District of New Hampshire, the defendant

BRIAN LANDRY

for the purpose of issuing a threat and with knowledge that the communication would be viewed

as a threat, did transmit a communication in interstate commerce containing a threat to kidnap

and injure the person of another, namely, a voicemail message to U.S. Senator 1 containing a

threat to shoot and kill U.S. Senator 1, in violation of Title 18, United States Code, Section

875(c).

A TRUE BILL

Dated:  August 30, 2023                          /s/ Foreperson
                                                 FOREPERSON


JANE E. YOUNG
UNITED STATES ATTORNEY


        /s/ Charles L. Rombeau
By:     Charles L. Rombeau
        Assistant U.S. Attorney


2