UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 1:23-CR-0073-SE |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| BRIAN LANDRY | ) |  |
| _____ | ) |  |

**SUPERSEDING INFORMATION**

The Acting United States Attorney charges:

COUNT ONE
Interstate Threatening Communication
18 U.S.C. § 875(c)

On or about May 17, 2023, in the District of New Hampshire and elsewhere, the

defendant

BRIAN LANDRY

knowingly transmitted in interstate commerce a communication that the defendant acted in

reckless disregard for the substantial risk that a reasonable recipient would understand to be a

threat, by calling the Office of U.S. Senator #1 and leaving a message that stated in part "I got

my scope pointed in your direction and I'm coming to get you" and "You're a dead man

walking."

In violation of Title 18, United States Code, Section 875(c).

JOHN J. MCCORMACK
ACTING UNITED STATES ATTORNEY

Dated: June 13, 2025

_____
By:    Charles L. Rombeau
       Assistant U.S. Attorney